# Exhibit 2

Charted Claim:

Method Claim: 01

| US6978301B2 | BCM CAXA0 Semi-Rugged Tablet ("Accused Product") |
|---|---|
| 1. A method for communicating with a network device, the method comprising the steps of: | The accused product discloses method for communicating with a network device (e.g., STA/client device).  http://web.archive.org/web/20220725220609/https://www.bcmcom.com/bcm_product_CAXA0.html |



https://www.bcmcom.com/bcm_product_CAXA0.html

https://www.bcmcom.com/bcm_product_CAXA0.html



1. Once a mobile station has authenticated to an access point, it can issue an Association Request frame.
2. Stations that have not yet authenticated receive a Deauthentication frame from the access point in response.
3. One Association request is received, the access point then processes the association request. AP can chose to reject association.
4. When the association request is granted, the access point responds with a status code of 0 (successful) and the Association ID (AID).
5. The AID is a numerical identifier used to logically identify the mobile station to which buffered frames need to be delivered.

https://www.candelatech.com/courses-2023/Session3b_slides.pdf

| receiving a network device identifier, the network device identifier corresponding to the network device; | The accused product discloses receiving a network device identifier (e.g., MAC individual address), the network device identifier (e.g., MAC individual address) corresponding to the network device (e.g., STA/client device).<br><br>As shown below, the accused product discloses that an STA/client device (e.g., network device) transmits an Association Request to the accused product (e.g., Access Point). The MAC frame format of the Association Request includes Transmitter Address 'TA' (e.g., network device identifier) corresponding to the STA/client device. The Association Request further includes capabilities of the STA/client device being sent to the access point (e.g., accused product). |



http://web.archive.org/web/20220725220609/https://www.bcmcom.com/bcm_product_CAXA0.html



https://www.bcmcom.com/bcm_product_CAXA0.html

https://www.bcmcom.com/bcm_product_CAXA0.html



Source: IEEE 802.11ac-2013

### 9.2.4.1 Frame Control field

**9.2.4.1.1 General**

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.



| | B0    B1 | B2  B3 | B4    B7 | B8 | B9 | B10 | B11 | B12 | B13 | B14 | B15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Protocol Version | Type | Subtype | To DS | From DS | More Frag-ments | Retry | Power Management | More Data | Protected Frame | +HTC |
| Bits: | 2 | 2 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

Source: IEEE 802.11-2020

### 9.2.4.1.3 Type and Subtype subfields

The Type and Subtype subfields together identify the function of the frame. There are three frame types: control, data, and management. Each of the frame types has several defined subtypes. In Data frames, the most significant bit (MSB) of the Subtype subfield, B7, is defined as the QoS subfield. Table 9-1 defines the valid combinations of type and subtype. (The numeric values in Table 9-1 are shown in binary.)

**Table 9-1—Valid type and subtype combinations**

| Type value B3 B2 | Type description | Subtype value B7 B6 B5 B4 | Subtype description |
|---|---|---|---|
| 00 | Management | 0000 | Association Request |
| 00 | Management | 0001 | Association Response |
| 00 | Management | 0010 | Reassociation Request |
| 00 | Management | 0011 | Reassociation Response |
| 00 | Management | 0100 | Probe Request |
| 00 | Management | 0101 | Probe Response |
| 00 | Management | 0110 | Timing Advertisement |

Source: IEEE 802.11-2020

## 8.3.3.5 Association Request frame format

*Insert the following rows into Table 8-22 before the Last row:*

### Table 8-22—Association Request frame body

| Order | Information | Notes |
|-------|-------------|-------|
| 22 | VHT Capabilities | The VHT Capabilities element is present when the dot11VHTOptionImplemented is true. |
| 23 | Operating Mode Notification | The Operating Mode Notification element is optionally present if dot11OperatingModeNotificationImplemented is true. |

Source: IEEE 802.11ac-2013



1. Once a mobile station has authenticated to an access point, it can issue an Association Request frame.
2. Stations that have not yet authenticated receive a Deauthentication frame from the access point in response.
3. One Association request is received, the access point then processes the association request. AP can chose to reject association.
4. When the association request is granted, the access point responds with a status code of 0 (successful) and the Association ID (AID).
5. The AID is a numerical identifier used to logically identify the mobile station to which buffered frames need to be delivered.

https://www.candelatech.com/courses-2023/Session3b_slides.pdf

**8.2.4.3 Address fields**

**8.2.4.3.8 TA field**

network device identifier

*Change 8.2.4.3.8 as follows:*

The TA field contains an IEEE MAC individual address that identifies the STA that has transmitted, onto the WM, the MPDU contained in the frame body field. If the Individual/Group bit is 0, then the TA field is the individual address of the STA; otherwise, the TA field is a bandwidth signaling TA, indicating that the frame carries additional information in the scrambling sequence (see 8.3.1.2, 9.7.6.6, and 9.7.10). The Individual/Group bit is always transmitted as a 0 in the transmitter address.

Source: IEEE 802.11ac-2013

| | |
|---|---|
| retrieving a command-format template from a repository containing a plurality of command-format templates, wherein the command-format template indicates how to construct a device-specific command for the network device and includes an attribute field; | The accused product discloses retrieving a command-format template (e.g., VHT PPDU) from a repository (e.g., firmware) containing a plurality of command-format templates (e.g., formats corresponding to different wireless standards, etc.,), wherein the command-format template indicates how to construct a device-specific command for the network device and includes an attribute field (e.g., 'More Data' field). <br><br> As shown below, the accused product discloses that an STA/client device (e.g., network device) transmits an Association Request to the accused product (e.g., Access Point). The MAC frame format of the Association Request includes Transmitter Address 'TA' (e.g., network device identifier) corresponding to the STA/client device. Furthermore, the Frame Control Field further comprises an VHT field which indicates the variants. The variant formats are differentiated by the values of bit B0 in the HT Control Field Format. The values of HT Control Field Format are used by the accused product (e.g., Access Point) to determine the Wi-Fi standard supported by the STA/client device. Based on the determination, the accused product (e.g., Access Point) selects a PPDU format template from the plurality of PPDU format templates (e.g., PPDU format of IEEE Std 802.11n, IEEE Std 802.11ac corresponding to HT or VHT respectively) corresponding to the Wi-Fi |

standard supported by the STA/client device.

### 9.2.4.1 Frame Control field

#### 9.2.4.1.1 General

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.



**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

Source: IEEE 802.11-2020

### 8.2.4.6.1 General

The HT Control field is always present in a Control Wrapper frame and is present in QoS Data and management frames as determined by the Order bit of the Frame Control field as defined in 8.2.4.1.10.

NOTE—The only Control frame subtype for which HT Control field is present is the Control Wrapper frame. A control frame that is described as +HTC (e.g., RTS+HTC, CTS+HTC, BlockAck+HTC or BlockAckReq+HTC) implies the use of the Control Wrapper frame to carry that control frame.

The format of the 4-octet HT Control field is shown in Figure 8-5.





**Figure 8-5—HT Control field**

Source: IEEE 802.11ac-2013

The HT Control field has two forms, the HT variant and the VHT variant. The two forms differ in the format of the HT Control Middle subfield, described in 8.2.4.6.2 for the HT variant and in 8.2.4.6.3 for the VHT variant and in the value of the VHT subfield.

The VHT subfield of the HT Control field indicates whether the HT Control Middle subfield is the VHT Variant or the HT Variant. The VHT subfield is set to 1 to indicate that the HT Control Middle subfield is the VHT Variant and is set to 0 to indicate that the HT Control Middle subfield is the HT Variant.

The AC Constraint subfield of the HT Control field indicates whether the mapped AC of an RD data frame is constrained to a single AC, as defined in Table 8-12.

Source: IEEE 802.11ac-2013

## 22.3.2 VHT PPDU format

A single PPDU format is defined for this PHY: the VHT PPDU format. Figure 22-4 shows the VHT PPDU format.



**Figure 22-4—VHT PPDU format**

Source: IEEE 802.11ac-2013

Furthermore, as shown below, the accused product compliant with IEEE Std 802.11ac selects VHT PPDU to respond to the STA/client device. The Data field of the VHT PPDU

comprises an MPDU frame which has a MAC header comprising 'More Data' field (e.g., attribute field). This field is to '1' (e.g., attribute data) by the accused product (VHT AP) to indicate and instruct the receiving STA/client device to be in active state and not to go in power saving mode to receive additional buffered frames stored at the Access Point (e.g., accused product).

**8.2.4.1.8 More Data field**

*Insert the following paragraph after the sixth paragraph ("The More Data field is 1 in individually addressed frames ...") of 8.2.4.1.8:*

The More Data field is set to 1 in individually addressed frames transmitted by a VHT AP to a VHT STA when both support the TXOP power save feature (as determined from their VHT Capabilities elements) to indicate that at least one additional buffered BU is present for the STA. See 10.2.1.19.

An AP that fails to receive an acknowledgment after the AP transmits a frame with the More Data field set to 0 to a non-AP VHT STA that is in VHT TXOP power save mode retransmits the frame within the current TXOP under certain conditions as described in 10.2.1.19.

Source: IEEE 802.11ac-2013

### 22.3.2 VHT PPDU format

A single PPDU format is defined for this PHY: the VHT PPDU format. Figure 22-4 shows the VHT PPDU format.



**Figure 22-4—VHT PPDU format**

Source: IEEE 802.11ac-2013

The fields of the VHT PPDU format are summarized in Table 22-4.



### Table 22-4—Fields of the VHT PPDU

| Field | Description |
|---|---|
| L-STF | Non-HT Short Training field |
| L-LTF | Non-HT Long Training field |
| L-SIG | Non-HT SIGNAL field |
| VHT-SIG-A | VHT Signal A field |
| VHT-STF | VHT Short Training field |
| VHT-LTF | VHT Long Training field |
| VHT-SIG-B | VHT Signal B field |
| Data | The Data field carries the PSDU(s) |

Source: IEEE 802.11ac-2013

**multi-user multiple input, multiple output (MU-MIMO):** A technique by which multiple stations (STAs), each with one or more antennas, either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over the same radio frequencies.

NOTE—IEEE 802.11 supports only downlink (DL) MU-MIMO. See DL-MU-MIMO.

**multi-user (MU) physical layer (PHY) protocol data unit (PPDU):** A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique.

**noncontiguous transmission:** A transmission that uses nonadjacent frequency segments.

**single-user (SU) physical layer (PHY) protocol data unit (PPDU):** A PPDU with a format that is capable of carrying only a single PHY service data unit (PSDU), or no PSDU.

Source: IEEE 802.11ac-2013

### 9.2.3 General frame format

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 9-2 depicts the general MAC frame format for protocol version 0 (PV0) MPDUs, and Figure 9-978 (in 9.8.2) depicts the general MAC frame format for protocol version 1 (PV1) frames. The first 2 bits of the first subfield (Protocol Version) of the Frame Control field and the last field (FCS) in Figure 9-2 are present in all PV0 MPDUs and PV1 MPDUs, including reserved types and subtypes.



**Figure 9-2—MAC frame format**

Source: IEEE 802.11-2020

### 9.2.4.1 Frame Control field

#### 9.2.4.1.1 General

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.



**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

Source: IEEE 802.11-2020

| identifying attribute data corresponding to the attribute field; | The standard discloses identifying attribute data (e.g., More Data field value i.e., '1' or '0') corresponding to the attribute field (e.g., More Data field).<br><br>As shown below, the accused product compliant with IEEE Std 802.11ac selects VHT PPDU to respond to the STA/client device. The Data field of the VHT PPDU comprises an MPDU frame which has a MAC header comprising 'More Data' field (e.g., attribute field). This field value is set to '1' (e.g., attribute data) by the accused product (VHT AP) to indicate and instruct the receiving STA/client device to be in active state and not to go in |
| --- | --- |

| | power saving mode to receive additional buffered frames stored at the Access Point (e.g., accused product). |
| | |
| | **8.2.4.1.8 More Data field**<br><br>*Insert the following paragraph after the sixth paragraph ("The More Data field is 1 in individually addressed frames ...") of 8.2.4.1.8:*<br><br>The More Data field is set to 1 in individually addressed frames transmitted by a VHT AP to a VHT STA when both support the TXOP power save feature (as determined from their VHT Capabilities elements) to indicate that at least one additional buffered BU is present for the STA. See 10.2.1.19.<br><br>An AP that fails to receive an acknowledgment after the AP transmits a frame with the More Data field set to 0 to a non-AP VHT STA that is in VHT TXOP power save mode retransmits the frame within the current TXOP under certain conditions as described in 10.2.1.19. |
| | Source: IEEE 802.11ac-2013 |

## 22.3.2 VHT PPDU format

A single PPDU format is defined for this PHY: the VHT PPDU format. Figure 22-4 shows the VHT PPDU format.



**Figure 22-4—VHT PPDU format**

Source: IEEE 802.11ac-2013

The fields of the VHT PPDU format are summarized in Table 22-4.



**Table 22-4—Fields of the VHT PPDU**

| Field | Description |
| --- | --- |
| L-STF | Non-HT Short Training field |
| L-LTF | Non-HT Long Training field |
| L-SIG | Non-HT SIGNAL field |
| VHT-SIG-A | VHT Signal A field |
| VHT-STF | VHT Short Training field |
| VHT-LTF | VHT Long Training field |
| VHT-SIG-B | VHT Signal B field |
| Data | The Data field carries the PSDU(s) |

Source: IEEE 802.11ac-2013

**multi-user multiple input, multiple output (MU-MIMO):** A technique by which multiple stations (STAs), each with one or more antennas, either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over the same radio frequencies.

NOTE—IEEE 802.11 supports only downlink (DL) MU-MIMO. See DL-MU-MIMO.

**multi-user (MU) physical layer (PHY) protocol data unit (PPDU):** A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique.

**noncontiguous transmission:** A transmission that uses nonadjacent frequency segments.

**single-user (SU) physical layer (PHY) protocol data unit (PPDU):** A PPDU with a format that is capable of carrying only a single PHY service data unit (PSDU), or no PSDU.

Source: IEEE 802.11ac-2013

### 9.2.3 General frame format

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 9-2 depicts the general MAC frame format for protocol version 0 (PV0) MPDUs, and Figure 9-978 (in 9.8.2) depicts the general MAC frame format for protocol version 1 (PV1) frames. The first 2 bits of the first subfield (Protocol Version) of the Frame Control field and the last field (FCS) in Figure 9-2 are present in all PV0 MPDUs and PV1 MPDUs, including reserved types and subtypes.



Figure 9-2—MAC frame format

Source: IEEE 802.11-2020



### 9.2.4.1 Frame Control field

#### 9.2.4.1.1 General

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.

| | B0 B1 | B2 B3 | B4 B7 | B8 | B9 | B10 | B11 | B12 | B13 | B14 | B15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Protocol Version | Type | Subtype | To DS | From DS | More Frag-ments | Retry | Power Management | More Data | Protected Frame | +HTC |
| Bits: | 2 | 2 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

Source: IEEE 802.11-2020

| generating the device-specific command for the network device using the retrieved command-format template and the identified attribute data; and | The accused product discloses generating the device-specific command (e.g., constructed VHT PPDU) for the network device (e.g., STA/client device) using the retrieved command-format template (e.g., VHT PPDU Format) and the identified attribute data (e.g., More Data field value i.e., '1' or '0').<br><br>As shown below, the accused product compliant with IEEE Std 802.11ac selects VHT PPDU to respond to the STA/client device. The Data field of the VHT PPDU comprises an MPDU frame which has a MAC header comprising 'More Data' field (e.g., attribute field). |
|---|---|

This field value is set to '1' (e.g., attribute data) by the accused product (VHT AP) to indicate and instruct the receiving STA/client device to be in active state and not to go in power saving mode to receive additional buffered frames stored at the Access Point (e.g., accused product).

**8.2.4.1.8 More Data field**

*Insert the following paragraph after the sixth paragraph ("The More Data field is 1 in individually addressed frames ...") of 8.2.4.1.8:*

The More Data field is set to 1 in individually addressed frames transmitted by a VHT AP to a VHT STA when both support the TXOP power save feature (as determined from their VHT Capabilities elements) to indicate that at least one additional buffered BU is present for the STA. See 10.2.1.19.

An AP that fails to receive an acknowledgment after the AP transmits a frame with the More Data field set to 0 to a non-AP VHT STA that is in VHT TXOP power save mode retransmits the frame within the current TXOP under certain conditions as described in 10.2.1.19.

Source: IEEE 802.11ac-2013

**22.3.2 VHT PPDU format**

A single PPDU format is defined for this PHY: the VHT PPDU format. Figure 22-4 shows the VHT PPDU format.



**Figure 22-4—VHT PPDU format**

Source: IEEE 802.11ac-2013

The fields of the VHT PPDU format are summarized in Table 22-4.



**Table 22-4—Fields of the VHT PPDU**

| Field | Description |
|---|---|
| L-STF | Non-HT Short Training field |
| L-LTF | Non-HT Long Training field |
| L-SIG | Non-HT SIGNAL field |
| VHT-SIG-A | VHT Signal A field |
| VHT-STF | VHT Short Training field |
| VHT-LTF | VHT Long Training field |
| VHT-SIG-B | VHT Signal B field |
| Data | The Data field carries the PSDU(s) |

Source: IEEE 802.11ac-2013

**multi-user multiple input, multiple output (MU-MIMO):** A technique by which multiple stations (STAs), each with one or more antennas, either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over the same radio frequencies.

NOTE—IEEE 802.11 supports only downlink (DL) MU-MIMO. See DL-MU-MIMO.

**multi-user (MU) physical layer (PHY) protocol data unit (PPDU):** A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique.

**noncontiguous transmission:** A transmission that uses nonadjacent frequency segments.

**single-user (SU) physical layer (PHY) protocol data unit (PPDU):** A PPDU with a format that is capable of carrying only a single PHY service data unit (PSDU), or no PSDU.

Source: IEEE 802.11ac-2013

### 9.2.3 General frame format

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 9-2 depicts the general MAC frame format for protocol version 0 (PV0) MPDUs, and Figure 9-978 (in 9.8.2) depicts the general MAC frame format for protocol version 1 (PV1) frames. The first 2 bits of the first subfield (Protocol Version) of the Frame Control field and the last field (FCS) in Figure 9-2 are present in all PV0 MPDUs and PV1 MPDUs, including reserved types and subtypes.



Figure 9-2—MAC frame format

Source: IEEE 802.11-2020



### 9.2.4.1 Frame Control field

#### 9.2.4.1.1 General

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.

| B0  B1 | B2  B3 | B4  B7 | B8 | B9 | B10 | B11 | B12 | B13 | B14 | B15 |
|---|---|---|---|---|---|---|---|---|---|---|
| Protocol Version | Type | Subtype | To DS | From DS | More Frag-ments | Retry | Power Management | More Data | Protected Frame | +HTC |
| Bits:      2 | 2 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

Source: IEEE 802.11-2020

| providing the generated device-specific command to the network device. | The standard discloses providing the generated device-specific command (e.g., constructed VHT PPDU) to the network device (e.g., STA/client device).<br><br>As shown below, the accused product compliant with IEEE Std 802.11ac selects VHT PPDU to respond to the STA/client device. The Data field of the VHT PPDU comprises an MPDU frame which has a MAC header comprising 'More Data' field (e.g., attribute field). This field value is set to '1' (e.g., attribute data) by the accused product (VHT AP) to indicate and instruct the receiving STA/client device to be in active state and not to go in |

power saving mode to receive additional buffered frames stored at the Access Point (e.g., accused product). This constructed VHT PPDU is then sent to the STA/client device.

### 8.2.4.1.8 More Data field

*Insert the following paragraph after the sixth paragraph ("The More Data field is 1 in individually addressed frames ...") of 8.2.4.1.8:*

The More Data field is set to 1 in individually addressed frames transmitted by a VHT AP to a VHT STA when both support the TXOP power save feature (as determined from their VHT Capabilities elements) to indicate that at least one additional buffered BU is present for the STA. See 10.2.1.19.

An AP that fails to receive an acknowledgment after the AP transmits a frame with the More Data field set to 0 to a non-AP VHT STA that is in VHT TXOP power save mode retransmits the frame within the current TXOP under certain conditions as described in 10.2.1.19.

Source: IEEE 802.11ac-2013

## 22.3.2 VHT PPDU format

A single PPDU format is defined for this PHY: the VHT PPDU format. Figure 22-4 shows the VHT PPDU format.



**Figure 22-4—VHT PPDU format**

Source: IEEE 802.11ac-2013

The fields of the VHT PPDU format are summarized in Table 22-4.



**Table 22-4—Fields of the VHT PPDU**

| Field | Description |
|---|---|
| L-STF | Non-HT Short Training field |
| L-LTF | Non-HT Long Training field |
| L-SIG | Non-HT SIGNAL field |
| VHT-SIG-A | VHT Signal A field |
| VHT-STF | VHT Short Training field |
| VHT-LTF | VHT Long Training field |
| VHT-SIG-B | VHT Signal B field |
| Data | The Data field carries the PSDU(s) |

Source: IEEE 802.11ac-2013

**multi-user multiple input, multiple output (MU-MIMO):** A technique by which multiple stations (STAs), each with one or more antennas, either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over the same radio frequencies.

NOTE—IEEE 802.11 supports only downlink (DL) MU-MIMO. See DL-MU-MIMO.

**multi-user (MU) physical layer (PHY) protocol data unit (PPDU):** A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique.

**noncontiguous transmission:** A transmission that uses nonadjacent frequency segments.

**single-user (SU) physical layer (PHY) protocol data unit (PPDU):** A PPDU with a format that is capable of carrying only a single PHY service data unit (PSDU), or no PSDU.

Source: IEEE 802.11ac-2013

### 9.2.3 General frame format

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 9-2 depicts the general MAC frame format for protocol version 0 (PV0) MPDUs, and Figure 9-978 (in 9.8.2) depicts the general MAC frame format for protocol version 1 (PV1) frames. The first 2 bits of the first subfield (Protocol Version) of the Frame Control field and the last field (FCS) in Figure 9-2 are present in all PV0 MPDUs and PV1 MPDUs, including reserved types and subtypes.



Figure 9-2—MAC frame format

Source: IEEE 802.11-2020

### 9.2.4.1 Frame Control field

#### 9.2.4.1.1 General

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.



**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

Source: IEEE 802.11-2020